BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALDO CRUZ-TRUJILLO<br>   aka Carlos Cerecelo,<br><br>Defendant. | Case No. 1:12-CR-00126-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: July 16, 2012<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for June 4, 2012, may be continued to **July 16, 2012, at 1:00 p.m.**

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations. Specifically, the additional time is necessary for further discussion regarding a potential resolution of this case and for defense consideration of an offer to be made by the government. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the

defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: May 30, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                   By: /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

Dated: May 30, 2012                By: /s/ Mark W. Coleman
                                       MARK W. COLEMAN
                                       Attorney for Defendant

**O R D E R**

IT IS HEREBY ORDERED that:

1. The status conference set for June 4, 2012, is CONTINUED to **July 16, 2012, at 1:00 p.m.**; and

2. The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 30, 2012**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE