(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-CR-00126-LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| ALDO CRUZ TRUJILLO, | **AND** |
| Defendants. | **ORDER** |

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein that the Status Conference set for July 16, 2012 at 1:00 pm be continued to August 13, 2012 at 1:00 pm.

The reason for this request is that the parties are considering a resolution of the case and more time is necessary due to the fact that Assistant United States Attorney, Ian Garriques, needs approval before he can make an offer to settle this case.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

///

///

DATED: July 12, 2012.

/s/ MARK W. COLEMAN
MARK W. COLEMAN,
Attorney for Defendant

DATED: July 12, 2012

/s/ IAN GARRIQUES
IAN GARRIQUES
Assistant United States Attorney

* * * * * *

**O R D E R**

The parties' request for a continuance of the status conference is DENIED as untimely. Pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances **must be filed through ECF by Thursday at noon prior to the Monday hearing.**"

IT IS SO ORDERED.

**Dated:   July 13, 2012**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

2