1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   1:12-CR-00126-LJO-SKO
                                    )
12              Plaintiff,          )   PRELIMINARY ORDER OF FORFEITURE
                                    )
13         v.                       )
                                    )
14 ALDO CRUZ-TRUJILLO               )
      aka Carlos Cerecelo,          )
15                                  )
                Defendant.          )
16 ─────────────────────────────── )

17        Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Aldo Cruz-Trujillo aka Carlos

19 Cerecelo, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

20        1.    Pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and

21 1028(b), defendant Aldo Cruz-Trujillo aka Carlos Cerecelo's interest

22 in the following property shall be condemned and forfeited to the

23 United States of America, to be disposed of according to law:

24              a.   One Motorola smart phone;

25              b.   One Motorola Nextel phone with case;

26              c.   Nine CDs (CDR format);

27              d.   One DVI digital video recorder;

28              e.   One Vivitar digital camera;

f.   One Pageplus cell phone;

g.   One Samsung cell phone;

h.   One LG cell phone;

i.   One UTStarcom cell phone;

j.   One green in color cell phone; and

k.   One LG Portable Multi drive (hard drive).

2.   The above-listed assets constitute property derived from or is traceable to the proceeds obtained, directly or indirectly, and that was used to facilitate, or was intended to be used to facilitate, the commission of a violation of 18 U.S.C. § 1028(a)(1).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4.   a.   Pursuant to 18 U.S.C. §§ 982(b)(1) and 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.   This notice shall state that any person, other than

Preliminary Order of
Forfeiture

1  the defendant, asserting a legal interest in the above-listed

2  property, must file a petition with the Court within sixty (60) days

3  from the first day of publication of the Notice of Forfeiture posted

4  on the official government forfeiture site, or within thirty (30)

5  days from receipt of direct written notice, whichever is earlier.

6       5.   If a petition is timely filed, upon adjudication of all

7  third-party interests, if any, this Court will enter a Final Order of

8  Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and

9  1028(b), in which all interests will be addressed.

10  IT IS SO ORDERED.

11  **Dated:   October 16, 2012**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Preliminary Order of
Forfeiture