BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00126-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALDO CRUZ-TRUJILLO, aka Carlos Cerecelo, | |
| Defendant. | |

WHEREAS, on October 16, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Aldo Cruz-Trujillo aka Carlos Cerecelo in the following property:

a. One Motorola smart phone;

b. One Motorola Nextel phone with case;

c. Nine CDs (CDR format);

d. One DVI digital video recorder;

e. One Vivitar digital camera;

f. One Pageplus cell phone;

g. One Samsung cell phone;

h. One LG cell phone;

Application for Final
Order of Forfeiture

1

        i. One UTStarcom cell phone;

        j. One green in color cell phone; and

        k. One LG Portable Multi drive (hard drive).

AND WHEREAS, beginning on October 22, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHERAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B), 982(a)(6), and 1028(b), to be disposed of according to law, including all right, title, and interest of Aldo Cruz-Trujillo aka Carlos Cerecelo.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement shall maintain

///
///
///

custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **February 12, 2013**             **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE